ILND 44 (Rev. 08/23)  **CIVIL COVER SHEET**

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(See instructions on next page of this form.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Matthew Clemens, individually and on behalf of all others similarly situated | DeVry University, Inc. |

| **(b)** County of Residence of First Listed Plaintiff  Will County, IL | County of Residence of First Listed Defendant  DuPage County, IL |
|---|---|
| *(Except in U.S. plaintiff cases)* | (In U.S. plaintiff cases only) <br> Note:  In land condemnation cases, use the location of the tract of land involved. |

| **(c)**  Attorneys *(firm name, address, and telephone number)* | Attorneys *(If Known)* |
|---|---|
| Samuel J. Strauss, STRAUSS BORRELLI PLLC, 980 N. Michigan Ave., Suite 1610, Chicago, IL 60611 | |

**II.  BASIS OF JURISDICTION** *(Check one box, only.)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government not a party.)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity
  *(Indicate citizenship of parties in Item III.)*

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110  Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 510  Motions to Vacate Sentence | ☐ 710  Fair Labor Standards Act | ☐ 375  False Claims Act |
| ☐ 120  Marine | ☐ 310  Airplane | ☐ 365  Personal Injury - Product Liability | ☐ 530  General | ☐ 720  Labor/Management Relations | ☐ 376  Qui Tam (31 USC 3729 (a)) |
| | ☐ 315  Airplane Product Liability | ☐ 367  Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 535  Death Penalty | | ☐ 400  State Reapportionment |
| ☐ 130  Miller Act | ☐ 320  Assault, Libel & Slander | | **Other:** | ☐ 740  Railway Labor Act | ☐ 410  Antitrust |
| ☐ 140  Negotiable Instrument | ☐ 330  Federal Employers' Liability | ☐ 368  Asbestos Personal Injury Product Liability | ☐ 540  Mandamus & Other | ☐ 751  Family and Medical Leave Act | ☐ 430  Banks and Banking |
| ☐ 150  Recovery of Overpayment & Enforcement of Judgment | ☐ 340  Marine | | ☐ 550  Civil Rights | ☐ 790  Other Labor Litigation | ☐ 450  Commerce |
| | ☐ 345  Marine Product Liability | | ☐ 555  Prison Condition | ☐ 791  Employee Retirement Income Security Act | ☐ 460  Deportation |
| ☐ 151  Medicare Act | ☐ 350  Motor Vehicle | **PERSONAL PROPERTY** | ☐ 560  Civil Detainee - Conditions of Confinement | | ☐ 470  Racketeer Influenced and Corrupt Organizations |
| ☐ 152  Recovery of Defaulted Student Loan (Excludes Veterans) | ☐ 355  Motor Vehicle Product Liability | ☐ 370  Other Fraud | | | ☐ 480  Consumer Credit |
| | ☐ 360  Other Personal Injury | ☐ 371  Truth in Lending | | **PROPERTY RIGHTS** | ☒ 485  Telephone Consumer Protection Act (TCPA) |
| ☐ 153  Recovery of Veteran's Benefits | ☐ 362  Personal Injury - Medical Malpractice | ☐ 380  Other Personal Property Damage | | ☐ 820  Copyright | |
| ☐ 160  Stockholders' Suits | | ☐ 385  Property Damage Product Liability | | ☐ 830  Patent | ☐ 490  Cable/Sat TV |
| ☐ 190  Other Contract | | | | ☐ 835  Patent - Abbreviated New Drug Application | ☐ 850  Securities/Commodities/ Exchange |
| ☐ 195  Contract Product Liability | | | | ☐ 840  Trademark | ☐ 890  Other Statutory Actions |
| ☐ 196  Franchise | | | | ☐ 880  Defend Trade Secrets Act of 2016 (DTSA) | ☐ 891  Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐ 893  Environmental Matters |
| ☐ 210  Land Condemnation | ☐ 440  Other Civil Rights | ☐ 422  Appeal 28 USC 158 | ☐ 625  Drug Related Seizure of Property 21 USC 881 | ☐ 861  HIA (1395ff) | ☐ 895  Freedom of Information Act |
| ☐ 220  Foreclosure | ☐ 441  Voting | ☐ 423  Withdrawal 28 USC 157 | ☐ 690  Other | ☐ 862  Black Lung (923) | |
| ☐ 230  Rent Lease & Ejectment | ☐ 442  Employment | | | ☐ 863  DIWC/DIWW (405(g)) | ☐ 896  Arbitration |
| ☐ 240  Torts to Land | ☐ 443  Housing/Accommodations | **IMMIGRATION** | | ☐ 864  SSID Title XVI | ☐ 899  Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245  Tort Product Liability | ☐ 445  Amer. w/ Disabilities- Employment | ☐ 462  Naturalization Application | | ☐ 865  RSI (405(g)) | |
| ☐ 290  All Other Real Property | ☐ 446  Amer. w/Disabilities - Other | ☐ 463  Habeas Corpus – Alien Detainee (Prisoner Petition) | | **FEDERAL TAXES** | ☐ 950  Constitutionality of State Statutes |
| | ☐ 448  Education | ☐ 465  Other Immigration Actions | | ☐ 870  Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871  IRS—Third Party 26 USC 7609 | |

**V.  ORIGIN** *(Check one box, only.)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District (specify)
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

| **VI.  CAUSE OF ACTION** ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.) <br> Telephone Consumer Protection Act, 47 U.S.C. §227 | **VII.  PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court.  Use a separate attachment if necessary.) |
|---|---|

| **VIII.  REQUESTED IN COMPLAINT:** | ☒ Check if this is a **class action** under Rule 23, F.R.C.P. | Demand $  5,000,000 | **CHECK Yes only if demanded in complaint:** <br> Jury Demand:  ☒ Yes   ☐ No |
|---|---|---|---|

| **IX.  RELATED CASE(S) IF ANY** *(See instructions):* | Judge | | Case Number |
|---|---|---|---|

| **X.  Is this a previously dismissed or remanded case?**  ☐ Yes  ☒ No  If yes, Case #  | Name of Judge |
|---|---|

Date:  02/19/2025

Signature of Attorney of Record  /s/Samuel J. Strauss