# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                                       Plaintiff,

v.                                                          Case No.: 1:25–cv–01713
                                                            Honorable Jeffrey I Cummings

DeVry University, Inc.

                                       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' initial joint status report [20] and adopts the parties' proposed schedule as follows. If they have not already done so, parties shall exchange Rule 26(a)(1) disclosures by 6/20/25. By agreement of the parties, the initial phase of consent–related discovery shall proceed and shall be completed by 11/3/25. Defendant's motion for leave to file counterclaims shall be filed within thirty days of the completion of the initial phase of discovery. Parties shall issue written discovery requests regarding the initial phase of discovery by 6/23/25. Additional deadlines will be set at a later date as appropriate. Any motions to modify this schedule must be supported by good cause and the party seeking a modification is instructed to meet and confer to attempt to reach agreement prior to filing a motion for a modification. The parties are advised that if at any time they are mutually interested in participating in a settlement conference with the Court, they shall contact this Court's courtroom deputy for a referral to the assigned Magistrate Judge. By 7/30/25, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. The previously set 5/16/25 tracking status hearing is stricken and re–set to 8/8/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.