# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MATTHEW CLEMENS, individually and on behalf of all others similarly situated,**

      **Plaintiff,**

  **v.**

**DEVRY UNIVERSITY, INC.,**

      **Defendant.**

No. 1:25-cv-01713

### ORDER GRANTING DEFENDANT DEVRY'S UNOPPOSED MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS

Defendant DeVry University, Inc. ("DeVry") has filed a motion for leave to serve a third-party subpoena on the following internet service providers ("ISPs"): T-Mobile USA, Inc., Comcast Cable Communications, Inc., Cloudfare, Inc., and Fastly, Inc., as well as a third-party subpoena on the following email service providers ("ESPs"): Microsoft Corporation, Google, Inc. and Apollo Global Management. The motion is unopposed by Plaintiff Matthew Clemens.

Upon consideration of the Motion, the Court hereby finds that the Motion is due to be GRANTED. Accordingly, the Court hereby orders that the Subpoenas attached to the Motion may be served by Defendant on the identified ISPs and ESPs.

DATE: _____, \_\_\_\_, _____

                                      _____

                                      UNITED STATES DISTRICT COURT