# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                Plaintiff,

v.                                         Case No.: 1:25−cv−01713

                                                Honorable Jeffrey I Cummings

DeVry University, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's motion for leave to serve third−party subpoenas [23] is granted. Defendant is granted leave to serve third−party subpoenas on the Internet and Email Service Providers identified in the motion. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.