## NOTICE OF MOTION

United States District Court for the Northern District of Illinois
Eastern Division

Matthew Clemens v. DeVry University, Inc.
Case No. 1:25-cv-01713
Judge: Honorable Jeffrey I. Cummings



TO: Brandt Hill
Thompson Coburn LLP
2311 Highland Avenue South, Suite 330
Birmingham, AL 35205

PLEASE TAKE NOTICE that on Friday, July 25, 2025, or as soon thereafter as this motion may be heard, I, Jocelyn Rodriguez, will appear before the Honorable Jeffrey I. Cummings, or any judge sitting in his stead, in the courtroom usually occupied by him at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present my Motion to Quash Subpoena.

Movant respectfully requests that the motion be decided on the written submissions. If a hearing is deemed necessary, Movant is willing to appear on a Friday in August or September 2025 and respectfully requests permission to do so via videoconference or telephone due to distance and transportation hardship.

Respectfully submitted,

Jocelyn Rodriguez
1503 Woodbridge Road, Apt 3D
Joliet, IL 60436
Phone: 773-575-8565
Email: rodriguezjocelyn095@gmail.com

## CERTIFICATE OF SERVICE

I, Jocelyn Rodriguez, certify that on July 25, 2025, I served a copy of the foregoing Motion to Quash Subpoena and Notice of Motion by depositing the same in the United States Mail, properly addressed and with postage prepaid, to the following recipient:

Brandt Hill
Thompson Coburn LLP
2311 Highland Avenue South, Suite 330
Birmingham, AL 35205

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Executed on July 25, 2025.

Respectfully submitted,

Jocelyn Rodriguez
1503 Woodbridge Road, Apt 3D
Joliet, IL 60436
Phone: 773-575-8565
Email: rodriguezjocelyn095@gmail.com