Jocelyn Rodriguez
1503 Woodbridge Road, Apt. 3D
Joliet, IL 60436
(773) 575-8565
rodriguezjocelyn095@gmail.com
July 25, 2025

Clerk of Court
U.S. District Court for the Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Re: Filing Motion to Quash Subpoena
Case No. 1:25-cv-01713, Matthew Clemens v. DeVry University, Inc.

Dear Clerk,

Please find enclosed for filing in the above-referenced matter the following documents:

1. Motion to Quash Subpoena
2. Notice of Motion
3. Certificate of Service
4. Exhibit A (Copy of Subpoena)
5. Self-addressed stamped envelope (for return of file-stamped copy)

I am appearing pro se and will be present in person on July 25, 2025, at 9:30 a.m. to present this motion.

Please do not hesitate to contact me at the phone number or email listed above if anything further is required.

Respectfully,

*Jocelyn Rodriguez* (signature)
Jocelyn Rodriguez

FILED
JUL 25 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT