

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff
Matthew Clemens
v.

Defendant
Devry University

Case Number: 1:25-cv-01713

Judge: Jeffrey I Cummings

Magistrate Judge: Maria Valdez

**FILED**

JUL 28 2025 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SUPPLEMENTAL DECLARATION OF JOCELYN RODRIGUEZ
IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Jocelyn Rodriguez, declare as follows:

1. I am the same Jocelyn Rodriguez who filed a Motion to Quash a third-party subpoena issued to Comcast by DeVry University, Inc., in the case of Clemens v. DeVry University, Inc., Case No. 1:25-cv-01713, currently pending in the U.S. District Court for the Northern District of Illinois.

2. On Friday, July 25, 2025, I filed my Motion to Quash and emailed a copy to counsel for DeVry University, Mr. Brant Hill, at approximately 3:20 PM. I submitted that motion in good faith to protect my legal rights, privacy, and emotional well-being.

3. At approximately 5:45 PM that same day, I was contacted by DeVry University's Human Resources department-my current employer-and informed that I was being placed on paid administrative leave, effective immediately, pending an internal investigation.

4. Prior to July 25, 2025, I had received no notice of any investigation, disciplinary concerns, or workplace issues. The only change in circumstance was my filing and emailing of the Motion to Quash that very afternoon.

5. I was told that a 'call was received' earlier that day which led to this employment action. However, no specific allegations, reasons, or connection to my work performance were shared with me.

6. The timing of this action-just two hours after my federal filing and notice to counsel-has caused me considerable stress and concern that I am being targeted or retaliated against due to my legal exercise of rights as a third party to this litigation.

7. I am submitting this supplemental declaration to inform the Court that the subpoena and its surrounding circumstances are continuing to impact me, not only emotionally, but professionally as well.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 25, 2025
At: Joliet, Illinois

Jocelyn Rodriguez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MATTHEW CLEMENS,
   Plaintiff,
v.                        Case No. 1:25-cv-01713

DEVRY UNIVERSITY, INC.,
   Defendant.

_____

CERTIFICATE OF SERVICE

I, Jocelyn Rodriguez, certify that on July 25, 2025, I served a true and correct copy of the Supplemental Declaration in Support of Motion to Quash Subpoena and accompanying Cover Letter by depositing the same in the United States mail with proper postage prepaid and addressed to the following counsel of record:

Brant D. Hill
Gordon Rees Scully Mansukhani LLP
One North Franklin, Suite 800
Chicago, IL 60606

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025
at Joliet, Illinois.

_____
Jocelyn Rodriguez