UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW CLEMENS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DEVRY UNIVERSITY, INC.**<br><br>Defendant. | **CASE NO. 1:25-cv-1713**<br><br>**Honorable Jeffrey I. Cummings** |

### JOINT STATUS REPORT

Pursuant to this Court's June 9, 2025 Order, the Parties file this status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention.

The Parties have exchanged initial disclosures. Plaintiff served Rule 26(a)(1) disclosures on May 21, 2025. Defendant served Rule 26(a)(1) disclosures on May 27, 2025. The parties have since cooperated in discovery in all aspects.

The Parties issued written discovery requests regarding the initial phase of consent-related discovery on June 23, 2025. Since then, both parties have requested and received extensions from the other. Because some discovery depends on what the Parties receive from subpoenaed third parties, the Parties have a deadline to respond to each other by August 20, 2025.

With this Court's permission, Defendant served several third-party subpoenas, however no substantive responses have been received. One subpoena is currently the subject of a motion to quash, which was filed on July 25, 2025. The Court has not yet ruled on the motion to quash.

1

Thus, the only discovery "dispute" to resolve is that motion to quash. Defendant intends to file a response to the motion to quash shortly.

| | |
|---|---|
| Dated: July 30, 2025 | Respectfully submitted, |
| For Plaintiff: */s/ Anthony Paronich* | For Defendant: */s/ Ollie A. Cleveland* |

Anthony Paronich (Lead)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Pro Hac Vice (fax)
t: 508-221-1510
anthony@paronichlaw.com

Alex S. Phillips
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
t: 872-263-1100
f: 872-263-1109
aphillips@straussborrelli.com

Carly Roman
Strauss Borrelli PLLC
980 N. Michigan Ave.
Suite 1610
Chicago, IL 60611
croman@straussborrelli.com

Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
t: 872-263-1100
f: 872-263-1109
sam@straussborrelli.com

Ollie A. Cleveland, III (Lead)
Thompson Coburn LLP
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
t: 314-552-6097
tcleveland@thompsoncoburn.com

Brandt P. Hill
Thompson Coburn LLP
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
t: 805-451-4792
bhill@thompsoncoburn.com

Emily Louise Peel
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
Active (fax)
t: 312-346-7500
epeel@thompsoncoburn.com

Jason Richard Schabinger
Thompson Coburn LLP
55 E Monroe St
37th Floor
Chicago, IL 60603
t: 312-580-5051
jschabinger@thompsoncoburn.com