# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                      Plaintiff,

v.                                                   Case No.: 1:25−cv−01713

                                                       Honorable Jeffrey I Cummings

DeVry University, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [29]. Thiscase is referred to the assigned Magistrate Judge for discovery supervision and scheduling, including resolution of the third−party motion to quash [25], the authority to set, adjust, and extend all discovery deadlines, and to conduct a settlement conference, if requested by the parties. The previously set 8/8/25 tracking status hearing is stricken and re−set to 11/14/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.