# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                Plaintiff,

v.                                         Case No.: 1:25−cv−01713

                                                            Honorable Jeffrey I Cummings

DeVry University, Inc.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and scheduling, including resolution of the third−party motion to quash [25], the authority to set, adjust, and extend all discovery deadlines, and to conduct a settlement conference. (cc, ) Mailed notice.

Dated: August 26, 2025

                                                                          /s/ Jeffrey I Cummings

                                                                    United States District Judge