# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens
                          Plaintiff,

v.                                                 Case No.: 1:25−cv−01713
                                                    Honorable Jeffrey I Cummings

DeVry University, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The parties to this action must file a joint status report detailing their discovery progress and the prospects of settlement and providing a proposed scheduling order for remaining discovery no later than 9/9/25. The pending third−party motion to quash [25] is taken under advisement. A hearing on the motion may be set at a later date if necessary. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.