# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                         Plaintiff,

v.                                        Case No.: 1:25−cv−01713

                                               Honorable Jeffrey I Cummings

DeVry University, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

       MINUTE entry before the Honorable Maria Valdez: Per the Court's 8/26/25 order [33], the parties were directed to file a joint status report by 9/2/25. No joint status report was filed. The parties shall file a joint status report no later than 9/17/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.