UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW CLEMENS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **DEVRY UNIVERSITY, INC.** <br><br> Defendant. | **CASE NO. 1:25-cv-1713** <br><br> **Honorable Jeffrey I. Cummings** |

## JOINT STATUS REPORT

Pursuant to this Court's August 26, 2025 Order (ECF No. 33)and September 11, 2025 Order (ECF No. 34), the Parties file this status report.

The Parties have reached an individual settlement. The settlement agreement has been signed by all Parties. There are no disputes that require the Court's attention at this time. The Parties anticipate filing a stipulation of dismissal soon.

Dated: September 11, 2025

Respectfully submitted,

For Plaintiff: */s/ Anthony Paronich*

For Defendant: */s/Ollie A. Cleveland, III*

Anthony Paronich (Lead)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Pro Hac Vice (fax)
t: 508-221-1510
anthony@paronichlaw.com

Alex S. Phillips
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
t: 872-263-1100

Ollie A Cleveland, III (Lead)
Thompson Coburn LLP
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
t: 314-552-6097
tcleveland@thompsoncoburn.com

Brandt P. Hill
Thompson Coburn LLP
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
t: 805-451-4792

<div style="column-count:2">

f: 872-263-1109
aphillips@straussborrelli.com

Carly Roman
Strauss Borrelli PLLC
980 N. Michigan Ave.
Suite 1610
Chicago, IL 60611
croman@straussborrelli.com

Samuel J. Strauss
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
t: 872-263-1100
f: 872-263-1109
sam@straussborrelli.com

bhill@thompsoncoburn.com

Emily Louise Peel
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
Active (fax)
t: 312-346-7500
epeel@thompsoncoburn.com

Jason Richard Schabinger
Thompson Coburn Llp
55 E Monroe St
37th Floor
Chicago, IL 60603
t: 312-580-5051
jschabinger@thompsoncoburn.com

</div>