**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Matthew Clemens
                    Plaintiff,

v.                                            Case No.: 1:25−cv−01713
                                              Honorable Jeffrey I Cummings

DeVry University, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 12, 2025:

    MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [35]. The parties shall file a further joint status report no later than 10/14/25 unless dismissal documents are filed with the District Court prior to that date. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.