UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MATTHEW CLEMENS,**
individually and on behalf of all
others similarly situated,

**CASE NO. 25-cv-1713**

    Plaintiff

v.

**DEVRY UNIVERSITY, INC.**

    Defendant
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice of Plaintiff's claims pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: September 17, 2025

    Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018 | Fax: (508) 318-8100
Email: anthony@paronichlaw.com

*/s/ Tres Cleveland*
Ollie A Cleveland, III (Lead)
Thompson Coburn LLP
2311 Highland Avenue South
Suite 330
Birmingham, AL 35205

t: 314-552-6097
tcleveland@thompsoncoburn.com
*Counsel for the Defendant*