# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Matthew Clemens

                        Plaintiff,

v.                                       Case No.: 1:25−cv−01713

                                           Honorable Jeffrey I Cummings

DeVry University, Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable Maria Valdez: In light of the parties' Stipulation of Dismissal with Prejudice, the status report date is stricken and the pending third−party motion to quash [25] is denied as moot. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.